GARCIA-MENDOZA & SNAVELY
**EVA GARCIA-MENDOZA, ESQ.**
NEVADA BAR NO.: 1779
LUTHER M. SNAVELY, III, ESQ.
NEVADA BAR NO.: 5507
501 SO. SEVENTH STREET
LAS VEGAS, NEVADA 89101
Ph.  (702) 384-8484
Fax  (702) 384-0207
E-Mail:   evagm@gms4law.com
ATTORNEYS FOR PLAINTIFF

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

*****

| | |
|---|---|
| MOSHE B. LEVY, ) | |
|       Plaintiff, ) | CASE NO.:   2:13CV00153 JCM CWH |
| vs. ) | |
| WEST ASSET MANAGEMENT INC., ) | |
|       Defendant. ) | |

### NOTICE OF VOLUNTARY DISMISSAL AND ORDER

COMES NOW, Plaintiff, MOSHE B. LEVY, through his attorney, EVA GARCIA-MENODZA, ESQ., of the law firm of GARCIA-MENDOZA & SNAVELY, and with the consent of the Defendant, WEST ASSET MANAGEMENT INC., hereby voluntarily

dismisses the above entitled matter with prejudice, each party to bear their own costs and attorney fees.

DATED this _____ day of May, 2013.

GARCIA-MENDOZA & SNAVELY

_____
EVA GARCIA-MENDOZA, ESQ.
NEVADA BAR NO.:  1779
LUTHER M. SNAVELY, III, ESQ.
NEVADA BAR NO.:  5507
501 SO. SEVENTH STREET
LAS VEGAS, NEVADA  89101
Ph.   (702) 384-8484
ATTORNEYS FOR PLAINTIFF

## ORDER

IT IS SO ORDERED this 22nd day of May, 2013.

_____
United States District Judge

2